**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

PATRICIA SIMS,

    Plaintiff,

v.                                              Case No. 2:06-cv-589-FtM-34DNF

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

## O R D E R[1]

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 29; Report), entered on July 19, 2007, recommending that the Amended Joint Motion for Approval of Settlement Agreement (Dkt. No. 22; Joint Motion) be granted and that the Clerk be directed to dismiss this action and close the file. See Report at 1, 4. After the entry of the Report, the parties filed a notice indicating that they did not object to the recommendation provided in the Report and requested that the Court adopt the Report and dismiss this case with prejudice. See Joint Certificate of Non-objection (Dkt. No. 30).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Thus, the Court has conducted an independent examination of the record and a de novo review of the legal conclusions.  In this case, Plaintiff filed suit against Defendant, in part, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime and wages.  See Complaint for Damages (Dkt. No. 1). Thereafter, the parties engaged in extensive settlement negotiations, which resulted in a compromise of the issues and claims raised in this case. See Joint Motion ¶ 3. Upon review of the record, including the Report, Joint Motion, and Settlement Agreement and General Release, the undersigned agrees with Judge Frazier that the compromise is a fair and reasonable resolution of a bona fide dispute over the FLSA provisions.[2]  Thus, the Court will accept and adopt Judge Frazier's Report.

---

[2] In reaching this conclusion, the Court recognizes that it must consider the reasonableness of any award of attorney's fees, but it is not required to conduct "'an in depth analysis . . . unless the unreasonableness of such award is apparent from the face of the documents.'" King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *4 (M.D. Fla. Mar. 7, 2007) (quoting Perez v. Nationwide Protective Servs., Case No. 6:05-cv-328-ORL-22JGG (Oct. 31, 2005)).  As the total fee award sought in this case is not patently unreasonable and Defendant does not contest the reasonableness of the award, the Court has not conducted an in-depth analysis of the attorney's fees sought.  Accordingly, the award of attorney's fees in this action does not reflect a determination that the hourly rate charged by Plaintiff's counsel constitutes a reasonably hourly rate in this or any applicable market.

Accordingly, it is hereby **ORDERED:**

1. With the addition of footnote 2 below, Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 29) is **ADOPTED** as the opinion of the Court.

2. The Amended Joint Motion for Approval of Settlement Agreement (Dkt. No. 22) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and General Release is **APPROVED**.[3]

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of August, 2007.

MARCIA MORALES HOWARD
United States District Judge

lc1

Copies to:
Counsel of Record

---

[3] The Court declines to retain jurisdiction to enforce the terms of the Settlement Agreement and General Release. The terms of the agreement are not incorporated into this Order and will not be made a part of any judgment of this Court.